IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> CARE ONE HOME HEALTH <br> SERVICES, INC., OASIS ANSWERS, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 17 C 7121 <br><br> Judge Feinerman <br> Magistrate Judge Mason |

**NOTICE OF DISMISSAL AS TO DEFENDANT OASIS ANSWERS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC, voluntarily dismisses its individual claims without prejudice and without costs against defendant Oasis Answers, Inc.  Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Oasis Answers, Inc. without prejudice and without costs.  Plaintiff's class action case will continue against defendants Care One Home Health Services, Inc. and John Does 1-10.

                                       Respectfully submitted,

                                       s/ Heather Kolbus
                                       Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on October 25, 2017, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, and to be served via U.S. Mail on the following:

  Care One Home Health Services, Inc.
  c/o Lorna Agustin
  16 Yukon Court
  Bolingbrook, IL 60490

  Oasis Answers, Inc.
  c/o Carson & Noel, PLLC
  20 Sixth Avenue NE
  Issaquah, WA 98027

                s/ Heather Kolbus
                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200