## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Able Home Health, LLC

                                 Plaintiff,

v.                                                                Case No.: 1:17−cv−07121
                                                                Honorable Gary Feinerman

Oasis Answers, Inc, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 1, 2017:

      MINUTE entry before the Honorable Gary Feinerman:As set forth in the 10/26/2017 order [14], the Clerk is directed to terminate Oasis Answers, Inc. as a party defendant and to designate Care One Home Health Services, Inc. as the lead defendant in this case. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.