IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> CARE ONE HOME HEALTH <br> SERVICES, INC. and JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 17 C 7121 <br><br> Judge Feinerman <br> Magistrate Judge Mason |

## STIPULATION OF DISMISSAL

Plaintiff Able Home Health, LLC and defendant Care One Home Health Services, Inc., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of plaintiff Able Home Health, LLC's individual claims against defendant Care One Home Health Services, Inc. without prejudice, without costs, and with leave to reinstate by February 15, 2019. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Care One Home Health Services, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs. The parties request that the Court retain jurisdiction to enforce the parties' settlement.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC | s/ Yanick Polycarpe (w/ consent) <br> Aurora Austriaco <br> Yanick Polycarpe <br> VALENTINE AUSTRIACO <br>     & BUESCHEL, P.C. |

1

20 S. Clark Street, Suite 1500　　　　　　　　　105 W. Adams, 35th Floor
Chicago, IL 60603　　　　　　　　　　　　　　Chicago, IL 60603
(312) 739-4200　　　　　　　　　　　　　　　　(312) 288-8285

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on November 30, 2018, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice to be sent via email to the following:

    Aurora Austriaco aaustriaco@vablawfirm.com
    Lydia Bueschel lbueschel@vablawfirm.com
    Yanick Polycarpe ypolycarpe@vablawfirm.com
    VALENTINE AUSTRIACO & BUESCHEL, P.C.
    105 W. Adams, 35th Floor
    Chicago, IL 60603


                                                s/ Heather Kolbus
                                               Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200