IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 7121 |
| | ) | |
| v. | ) | Judge Feinerman |
| | ) | Magistrate Judge Mason |
| CARE ONE HOME HEALTH | ) | |
| SERVICES, INC. and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Able Home Health, LLC and Defendant Care One Home Health Services, Inc., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Care One Home Health Services, Inc. with prejudice, without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Care One Home Health Services, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Aurora Austriaco (w/ consent) |
| Daniel A. Edelman | Aurora Austriaco |
| Heather Kolbus | Yanick Polycarpe |
| EDELMAN, COMBS, LATTURNER | VALENTINE AUSTRIACO |
|     & GOODWIN, LLC | & BUESCHEL, P.C. |
| 20 S. Clark Street, Suite 1500 | 105 W. Adams, 35th Floor |
| Chicago, IL 60603 | Chicago, IL 60603 |
| (312) 739-4200 | (312) 288-8285 |

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on February 26, 2019, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice via email to be sent to the following:

    Aurora Austriaco
    Yanick Polycarpe
    VALENTINE AUSTRIACO & BUESCHEL, PC
    105 W. Adams, 35th Floor
    Chicago, IL 60603


                                            s/ Heather Kolbus
                                            Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)